```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-10-2023
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA WARMBIER, *et al.*,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,

    Garnishee Defendant.

22 Civ. 09468

**FILED UNDER SEAL**

## [PROPOSED] ORDER

For good cause shown, based upon the Plaintiffs' Motion to Unseal Case (the "Motion") and the supporting Memorandum of Law (the "Memorandum of Law"), it is hereby:

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that all filings and orders in this case be **UNSEALED**;

**ORDERED** that the exhibits to the November 28, 2022 Sher Declaration in support of Plaintiffs' Motion for Issuance of Writ of Execution be unsealed with certain redactions, in the form attached as **EXHIBIT B** to the Memorandum of Law.

IT IS SO ORDERED.

DATED: August 10, 2023
New York, New York

_____
The Honorable Lewis A. Kaplan
United States District Judge