# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA WARMBIER, *et al.*, | |
| Plaintiffs, | 22 Misc. 306_____ (_____) |
| v. | |
| THE BANK OF NEW YORK MELLON, | **TO BE FILED UNDER SEAL** |
| Garnishee Defendant. | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE A CIVIL ACTION UNDER SEAL

Upon the motion of Plaintiffs to file a civil action under seal, the Court finds that the filing of the Plaintiffs' proposed Sealed Petition and all further documents under seal and the sealing of the docket in the above-referenced action, pending further order of the Court, is necessary to preserve higher values and is consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and for other good cause shown, it is hereby ORDERED that:

1. Plaintiff's motion to file a civil action under seal is hereby GRANTED;

2. Plaintiffs' motion, memorandum of law in support thereof and all other documents related thereto shall remain under seal pending further order of the Court; and

3. All further filings in the above-referenced action shall be filed under seal pending further order of the Court.

**SO ORDERED**.

Dated: November 3, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Part 1 Judge

The Clerk of Court is respectfully directed to restrict access to this Order to the selected party viewing level, with access to Plaintiffs and court staff. The Clerk of Court is further directed to close this miscellaneous matter.